```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Ahman Esfahani

    v.                                                        Case No. 25-cv-14-JL-AJ

Alisha Cannon

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 6, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: March 14, 2025

cc: Ahman Esfahani, pro se